Motion granted 2/14/22.
s/John R. Adams
U.S. District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 82 CR 119 |
| | : | |
| Plaintiff, | : | JUDGE JOHN ADAMS |
| | : | |
| vs. | : | |
| | : | |
| KEVIN MCTAGGART, | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION ALLOWING DEFENDANT ADDITIONAL TIME**
**TO FILE HIS RESPONSE TO THE GOVERNMENT'S RECENT**
**SUBMISSION OPPOSING HIS MOTION FOR COMPASSIONATE RELEASE**

Pending before this Court is Defendant Kevin McTaggart's motion asking for early release pursuant to Title 18 U.S.C. § 3582(c)(1)(A)(i). The government recently filed a submission in opposition to Mr. McTaggart's request.

Undersigned counsel's response to that submission is currently due on February 17, 2022. Unfortunately, counsel have been unable to arrange a meeting with Mr. McTaggart to discuss his options in the wake of the government's response. Undersigned cannot respond unless and until they communicate in person with Mr. McTaggart. Over the last two weeks, however, Bureau of Prisons Institutions have been closed to outsiders, including attorneys. Counsel could not schedule a visit with Mr. McTaggart until February 21, 2022.

Under the circumstances, Mr. McTaggart is seeking additional time, to and including March 1, 2022, to file his response. The attorney representing the government has no objection to and does not oppose this request.

1